MEMORANDUM **
LSI has appealed from the district court’s grant of a preliminary injunction to Realtek that enjoined LSI from enforcing a potential exclusion order that the International Trade Commission might issue in a then-ongoing proceeding before that body. The district court stated that the injunction would go into effect only if the ITC granted an exclusion order, but if the ITC found “no section 337 violation ... this preliminary injunction will become moot.” The ITC recently found that there was “no section 337 violation” by Realtek and terminated its investigation. Dkt. # 53. By its own terms, the preliminary injunction became inoperative when the ITC did not find a Section 337 violation. Both parties argue that the appeal is not moot as LSI may still appeal the ITC’s decision to the Federal Circuit. We need not consider that question as the preliminary injunction itself is no longer operative by virtue of the initial decision of the ITC that there was no Section 337 violation. The appeal is DISMISSED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.